sam: USAO 2008R00781

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. WDQ-08-0539 |
| | : | (Coercion and enticement, |
| JUAN CARLOS ESCOBAR SANCHEZ | : | 18 U.S.C. 2422(a)) |
| | : | |
| ...oooOooo... | | FILED ____ ENTERED ____ LOGGED ____ RECEIVED |

### INDICTMENT

NOV 1 9 2008

The Grand Jury for the District of Maryland charges:

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

On or about October 20, 2008, in the District of Maryland and elsewhere, the defendant,

**JUAN CARLOS ESCOBAR SANCHEZ,**

did knowingly persuade, induce, entice, and coerce an individual to travel in interstate and foreign commerce to engage in prostitution.

18 U.S.C. § 2422(a)
18 U.S.C. § 2

Rod J. Rosenstein
United States Attorney

**SIGNATURE REDACTED**

19 Nov 2008
Date